# Third District Court of Appeal

## State of Florida

Opinion filed November 26, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2388
Lower Tribunal No. 09-26751
_____

**Alain Ramos,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Victoria R. Brennan, Judge.

Alain Ramos, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SUAREZ, LAGOA, and SCALES, JJ.

PER CURIAM.

The Defendant, Alain Ramos, appeals the trial court's order denying as untimely filed his petition filed pursuant to Rule 3.850, Florida Rules of Criminal

Procedure. Upon review of the record we find that the motion was timely filed and reverse for further proceedings by the trial court.

Reversed and remanded.